UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PC COLLECTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>Defendant. | Civil Action No. 3:21-cv-5754<br><br>Pierce County Superior Court<br>Cause No. 21-2-07803-8<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(a)**<br><br>(Clerk's Action Required) |

**TO: THE CLERK OF THE COURT**

**AND TO: PLAINTIFF AND COUNSEL FOR PLAINTIFF**

PLEASE TAKE NOTICE that Defendant Starr Indemnity & Liability Company ("Starr Company"), hereby gives notice of the removal of the above-captioned action, Cause No. 21-2-07803-8 currently pending in the Superior Court of Pierce County, Washington, to the United States District Court for the Western District of Washington at Tacoma on the grounds set forth below:

1. This a civil action arising out of an insurance dispute, with claims for money damages under the insurance policy and money damages, statutory damages, and exemplary



LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

damages being sought. Plaintiff eventually filed his Summons and Complaint on October 11, 2021, but first served the Insurance Commissioner on September 21, 2021.

2. On or about September 27, 2021, Starr Company obtained a copy of the Summons and Complaint by way of mail from the Insurance Commissioner's Office.

3. According to the Complaint, the dispute and underlying suit occurred within Pierce County, Washington, and the Pierce County Superior Court has jurisdiction over Plaintiff's claims.

4. This Notice of Removal is being filed within thirty days of receipt of the Summons and Complaint on Defendant.

5. Defendant Starr Company is and was at all relevant times a Texas corporation. Defendant Starr Company's principal place of business is and was at all relevant times New York. According to the Complaint and upon information and belief, Plaintiff is and was at all relevant times a Washington company doing business in Tacoma, Washington.

6. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

7. <u>Intradistrict Assignment:</u> Removal is proper to the United States District Court for the Western District of Washington at Tacoma because that district and division embrace Pierce County.

8. Removal is permitted under 28 U.S.C. §1446(b)(1) which provides that:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.



LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Defendant has filed the instant Notice of Removal within thirty (30) days of receipt of the Summons and Complaint. Further, Defendant has a good faith belief that the amount in controversy exceeds $75,000. At issue in this litigation is Plaintiff's alleged entitlement, under assignment of rights from the Estate of Michael Cohen, of benefits from Starr Company's insurance policy for a $8 million judgment against the Estate of Michael Cohen in the underlying suit. The Starr Company's policy limit is $5 million. Plaintiff has asserted a right to the remaining policy limits under the policy ($3.5 million). Plaintiff seeks damages, including post-judgment interest applying to the $3.5 million, in addition to the $3.5 million. In particular, Plaintiff asserts claims of bad faith and violation of the Washington Consumer Protection Act and Insurance Fair Conduct Act and seeks treble damages, attorneys' fees and statutory litigation costs, including expert witness fees. Given this information and Plaintiff's allegations, Defendant has a good faith belief that the amount in controversy exceeds $75,000.

9. A true and correct copy of the Summons and Complaint filed in Pierce County Superior Court Case No: 21-2-07803-8 are attached as **Exhibit A**.

10. Notice of this removal will be filed with the Clerk of the Pierce County Superior Court, Cause No. 21-2-07803-8 and will be given to all other parties, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Starr Company gives notice that the court action pending against it in Pierce County Superior Court has been removed from that court to the United States District Court for the Western District of Washington at Tacoma.



LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED this 12th day of October, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Heather M. Jensen*

Heather M. Jensen, WSBA #29635
Jean Y. Kang, WSBA #42074
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Heather.Jensen@lewisbrisbois.com
Jean.Kang@lewisbrisbois.com
Attorneys for Defendant Starr Indemnity & Liability Company

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing to be served via the methods below on this 12th day of October, 2021 on the following counsel/party of record:

| | |
|---|---|
| Jason R. Donovan, WSBA #40994<br>FOSTER GARVEY PC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Attorney for Plaintiff | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via LINX e-Service<br>☒ via E-mail per E-service Agreement:<br>j.donovan@foster.com<br>sandra.lonon@foster.com |

Dated October 12, 2021 at Seattle, Washington.

*s/ Logan Platvoet*

Logan Platvoet
Logan.Platvoet@lewisbrisbois.com



LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020