UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PC COLLECTIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>    Defendant. | Civil Action No. 3:21-cv-05754-JCC<br><br>NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT STARR INDEMNITY & LIABILITY COMPANY<br><br>[CLERK'S ACTION REQUIRED] |

    PLEASE TAKE NOTICE that Jean Y. Kang of Lewis Brisbois Bisgaard & Smith LLP hereby withdraws as counsel for Defendant Starr Indemnity & Liability Company in the above-entitled action.

    All further pleadings and papers in the above-entitled cause should continue to be served upon said Defendants to Heather M. Jensen and Sarah D. Macklin, Lewis Brisbois Bisgaard & Smith LLP, 1111 Third Avenue, Suite 2700, Seattle, WA 98101.

NOTICE OF WITHDRAWAL AS COUNSEL FOR
DEFENDANT STARR INDEMNITY & LIABILITY COMPANY
- 1
(NO. 3:21-cv-05754)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1  DATED this 5th day of November, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                              By:     *s/ Heather M. Jensen*
4                                                    Heather M. Jensen, WSBA #29635

5
                                               By:     *s/ Sarah D. Macklin*
6                                                    Sarah D. Macklin, WSBA #49624

7
                                               By:       *s/ Jean Y. Kang*
8                                                    Jean Y. Kang, WSBA #42074
                                                     1111 Third Avenue, Suite 2700
9                                                      Seattle, Washington 98101
                                                             (206) 436-2020
10
                                                     Heather.Jensen@lewisbrisbois.com
11                                                   Sarah.Macklin@lewisbrisbois.com
                                                      Jean.Kang@lewisbrisbois.com
12                                                  Attorneys for Defendant Starr Indemnity &
                                                             Liability Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that I caused a true and correct copy of the foregoing to be served via the methods below on this 5th day of November, 2021 on the following counsel/party of record:

| Jason R. Donovan, WSBA #40994<br>FOSTER GARVEY PC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Attorney for Plaintiff | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail per E-service Agreement:<br>      j.donovan@foster.com<br>      sandra.lonon@foster.com |
|---|---|

Dated November 5, 2021 at Seattle, Washington.

*s/ Melissa Chavez*

Melissa Chavez, Legal Assistant
melissa.chavez@lewisbrisbois.com

NOTICE OF WITHDRAWAL AS COUNSEL FOR
DEFENDANT STARR INDEMNITY & LIABILITY COMPANY
- 3
(NO. 3:21-cv-05754)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020