UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PC COLLECTIONS, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>                Defendants. | Cause No. C21-5754RSL<br><br>ORDER DENYING MOTION TO STAY AND EXTENDING CASE MANAGEMENT DEADLINES |

This matter comes before the Court on "Defendant's Motion to Stay Proceeding." (Dkt. # 16) and the parties' "Stipulated Motion to Amend Case Schedule" (Dkt. # 27). The Ninth Circuit issued its decision in the coverage action on June 1, 2022. The appeal of the underlying action remains pending, however, defendant's disclosure obligations are considerably narrower in that context. Nevertheless, defendant chose to initiate a declaratory judgment action in 2020 regarding its coverage obligations. Any claim of privilege that might otherwise have attached to its underwriting file was presumptively waived at that time, *see Cedell v. Farmers Ins. Co. of Wash.*, 176 Wn.2d 686, 698–99 (2013), and defendant has failed to identify any other prejudice that might arise if this case proceeds.

ORDER DENYING MOTION TO
STAY AND EXTENDING CASE
MANAGEMENT DEADLINES - 1

For all of the foregoing reasons, defendant's motion to stay is DENIED. An amended case management schedule based on a November 6, 2023, trial date will be issued.

Dated this 14th day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
STAY AND EXTENDING CASE
MANAGEMENT DEADLINES - 2