UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PC COLLECTIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>  Defendants. | Cause No. C21-5754RSL<br><br>ORDER |

The "Order Denying Motion to Stay and Extending Case Management Deadlines" (Dkt. # 29) and the "Minute Order Setting Amended Trial Date & Related Dates" (Dkt. # 30) entered on August 15, 2022, are hereby VACATED.

Dated this 16th day of August, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1