UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PC COLLECTIONS, LLC,

                    Plaintiff,

    v.

STARR INDEMNITY & LIABILITY COMPANY,

                    Defendant.

No. 3:21-cv-05754-RSL

ORDER GRANTING PLAINTIFF PC COLLECTIONS, LLC'S UNOPPOSED MOTION TO EXTEND DISCOVERY CUTOFF FOR THREE LIMITED PURPOSES

THIS MATTER came on regularly pursuant to "Plaintiff PC Collections, LLC's Motion to Briefly Extend Discovery Cutoff for Three Limited Purposes Only", Dkt. # 81. Defendant has stipulated to the relief requested. The unopposed motion is therefore GRANTED. The discovery cutoff is hereby extended for the following purposes only:

1. To give Starr additional time to fully comply with the Court's Order to produce all relevant documents from Jonathan Toren/Cozen O'Connor no later than one week after issuance of this Order.

2. To allow for the deposition of Jonathan Toren after Starr finally fully complies with the Court's Order to produce all relevant documents from Jonathan Toren/Cozen

ORDER GRANTING PLAINTIFF PC COLLECTIONS, LLC'S MOTION TO BRIEFLY EXTEND DISCOVERY CUTOFF FOR THREE LIMITED PURPOSES ONLY - 1
Case No. 3:21-cv-05754-RSL

FG: 103138612.1

      O'Connor; and

3. To allow for the deposition of Starr's 30(b)(6) witness(es).

DATED this 19th day of December, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF PC COLLECTIONS, LLC'S
MOTION TO BRIEFLY EXTEND DISCOVERY CUTOFF FOR
THREE LIMITED PURPOSES ONLY - 2
Case No. 3:21-cv-05754-RSL

FG: 103138612.1