The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PC COLLECTIONS, LLC,

Plaintiff,

v.

STARR INDEMNITY & LIABILITY
COMPANY,

Defendant.

Case No. 3:21-cv-05754-RSL

**STIPULATION TO VOLUNTARILY DISMISS COUNT TWO OF COMPLAINT AND ORDER OF DISMISSAL**

Pursuant to Civil Rule 41(a)(1)(A), Plaintiff PC Collections, LLC and Defendant Starr Indemnity & Liability Company hereby stipulate to the voluntary dismissal of COUNT TWO (re Insurance Fair Conduct Act Violations) of Plaintiff's Complaint filed October 11, 2021 (Dkt. No. 1-2).

IT IS SO STIPULATED, THROUGH THE UNDERSIGNED.

///

///

///

///

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

1  DATED this 23 day of January, 2025.

2  FOSTER GARVEY PC                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4  By  */s/ Jason R. Donovan*                          By  */s/ Heather M. Jensen*
        Thomas Ahearne, WSBA #14844                         *[per email authorization on 1/23/2025]*
5       Jason R. Donovan, WSBA #40994                        Heather M. Jensen, WSBA #29635
        Angelo Marchesini, WSBA #57051                       LEWIS BRISBOIS BISGAARD & SMITH
6       FOSTER GARVEY PC                                     LLP
        1111 Third Avenue, Suite 3000                        1111 Third Avenue, Suite 2700
7       Seattle, Washington 98101                            Seattle, Washington 98101
        Telephone: (206) 447-4400                            Telephone: (206) 436-2020
8       Facsimile: (206) 447-9700                            Facsimile: (206) 436-2030
        Email: ahearne@foster.com                            Email: Heather.Jensen@lewisbrisbois.com
9               j.donovan@foster.com
                angelo.marchesini@foster.com
10                                                           Linna Loangkote, *admitted Pro Hac Vice*
                                                             LEWIS BRISBOIS BISGAARD &
11      *Attorneys for Plaintiff PC Collections*             SMITH LLP
        *LLC*                                                633 West 5th Street, Suite 4000
12                                                           Los Angeles, CA 90071
                                                             Telephone: (213) 250-1800
13                                                           Facsimile: (213) 250-7900
                                                             Email: linna.loangkote@lewisbrisbois.com
14
                                                             *Attorneys for Defendant Starr Indemnity &*
15                                                           *Liability Company*

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO VOLUNTARILY DISMISS COUNT TWO OF
COMPLAINT AND ORDER OF DISMISSAL - 2
CASE NO. 3:21-CV-05754-RSL

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

1

### ORDER

2        THIS MATTER having come before the Court upon the above stipulation, IT IS HEREBY

3    ORDERED, ADJUDGED, AND DECREED that COUNT TWO (INSURANCE FAIR

4    CONDUCT ACT VIOLATIONS) of Plaintiff's Complaint in the above-captioned action is hereby

5    dismissed without an award of fees or costs to either party.

6

7

8        DATED this 23rd day of January, 2025.

9

10   _____

11   THE HONORABLE ROBERT S. LASNIK

12   Presented by:

13   FOSTER GARVEY PC

14   By  */s/ Jason R. Donovan*
         _____
15       Thomas Ahearne, WSBA #14844
         Jason R. Donovan, WSBA #40994
16       Angelo Marchesini, WSBA #57051
         Email: ahearne@foster.com
17              j.donovan@foster.com
                angelo.marchesini@foster.com
18
     *Attorneys for Plaintiff PC Collections, LLC*
19

20

21   LEWIS BRISBOIS BISGAARD & SMITH LLP

22   By  */s/ Heather M. Jensen*
         _____
         *[per email authorization on 1/23/2025]*
23       Heather M. Jensen, WSBA #29635
         Linna Loangkote, *admitted Pro Hac Vice*
24       Email: acohen@bpmlaw.com
                sroberts@bpmlaw.com
25
     *Attorneys for Defendant Starr Indemnity & Liability Company*
26

STIPULATION TO VOLUNTARILY DISMISS COUNT TWO OF
COMPLAINT AND ORDER OF DISMISSAL - 3
CASE NO. 3:21-CV-05754-RSL

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700